# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**AQUARIUM RETAIL HOLDINGS, INC.,** d/b/a **BIG AL'S, AQUARIUM SUPERCENTER,**
Appellant,

v.

**MICHAEL W. BRANDT** and **CENTRAL GARDEN AND PET COMPANY,**
Appellees.

No. 4D16-1481

[November 22, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. 08-47844 (02).

Hinda Klein of Conroy Simberg, Hollywood, for appellant Aquarium Retail Holdings, Inc.

Jeffrey A. Sarrow of Shapiro, Blasi, Wasserman & Hermann, P.A., Boca Raton, for appellee Michael W. Brandt.

Barbara E. Fox and Caryn L. Bellus of Kubicki Draper, P.A., Miami, for appellee Central Garden and Pet Company.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and BELANGER, ROBERT, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***